IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BEATRICE ELAINE OLIVER, et al., ) ) ) Plaintiff, ) ) v. ) ) ) CITY OF MONTGOMERY, AL, ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:10cv467-MHT (WO) |

OPINION

Apparently pursuant to 42 U.S.C. § 1983, the plaintiffs filed this lawsuit claiming that they were ejected from their property in violation of due process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiffs' motion for leave to amend should be denied and that the defendants' motions to dismiss should be granted, with the result that this case should be dismissed in its entirety. The plaintiffs have not filed any objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of March, 2011.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE