IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BEATRICE ELAINE OLIVER,      )
et al.,                      )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:10cv467-MHT
                             )         (WO)
CITY OF MONTGOMERY, AL,      )
et al.,                      )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 82) is adopted.

(2) The plaintiffs' motion for leave to amend (doc. no. 81) is denied.

(3) The defendants' motions to dismiss (doc. nos. 16, 19, 22, 23, 24, 26, 27, 28, and 31) are granted.

(4) All other outstanding motions are denied as moot.

(5) This case is dismissed in its entirety.

It is further ORDERED that costs are taxed against the plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of March, 2011.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE